United States District Court

For the Northern District of California

1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9
10   WILLIAM LEON MAROTZ,                    No. C-13-01677 DMR
11              Plaintiff(s),               **ORDER DISCHARGING ORDER TO
                                            SHOW CAUSE AND VACATING**
12      v.                                  **OCTOBER 31, 2013 HEARING ON
                                            MOTION TO DISMISS [DOCKET NO.**
13   CITY OF SAN FRANCISCO ET AL,           **26]**
14              Defendant(s).
     _____/
15
16          The court is in receipt of Plaintiff's response to this court's order to show cause and his
17   opposition to Defendant City of San Francisco's motion to dismiss.  *See* Docket Nos. 26, 32-34.  The
18   order to show cause is hereby discharged and Plaintiff's response is accepted.
19          The court finds that the matter is appropriate for resolution without oral argument pursuant to
20   Civil Local Rule 7-1(b).  Accordingly, the October 31, 2013 hearing on the motion is hereby
21   VACATED.  The court will issue a written order on the motion.
22          IT IS SO ORDERED.
23   Dated:  October 23, 2013
                                            _____
24                                          DONNA M. RYU
                                            United States Magistrate Judge
25
26
27
28