UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEON MAROTZ,<br><br>  Plaintiff(s),<br><br>  v.<br><br>CITY OF SAN FRANCISCO ET AL,<br><br>  Defendant(s). | No. C-13-01677 DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING OCTOBER 31, 2013 HEARING ON MOTION TO DISMISS [DOCKET NO. 26]** |

The court is in receipt of Plaintiff's response to this court's order to show cause and his opposition to Defendant City of San Francisco's motion to dismiss. *See* Docket Nos. 26, 32-34. The order to show cause is hereby discharged and Plaintiff's response is accepted.

The court finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the October 31, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: October 23, 2013

_____
DONNA M. RYU
United States Magistrate Judge