UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEON MAROTZ,<br><br>        Plaintiff(s),<br><br>   v.<br><br>CITY OF SAN FRANCISCO ET AL,<br><br>        Defendant(s).<br>_____/ | No. C-13-01677 DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AGAINST CERTAIN DEFENDANTS FOR FAILURE TO TIMELY SERVE** |

On April 12, 2013, Defendant City of San Francisco removed this lawsuit to this court. [Docket No. 1.] To date, the individually-named Defendants, the San Francisco Police Department, and the San Francisco Sheriff's Department have not appeared in this matter; it appears that none of these Defendants have been properly served. Rule 4(m) of the Federal Rules of Civil Procedure requires this court to dismiss the action without prejudice against these Defendants if they are not served within 120 days after the complaint is filed. Accordingly, the court ORDERS Plaintiff to respond by **December 9, 2013** and explain why this case should not be dismissed for failure to timely serve the above Defendants. Failure to respond by **December 9, 2013** may result in dismissal of this action without prejudice, with respect to the above Defendants.

    IT IS SO ORDERED.

Dated: November 25, 2013

DONNA M. RYU
United States Magistrate Judge