UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LEON MAROTZ,　　　　　　　　　　No. C-13-01677 DMR

　　　　　Plaintiff(s),

　　　　　　　　　　　　　　　　　　　　　　**ORDER**

　　v.

CITY OF SAN FRANCISCO ET AL,

　　　　　Defendant(s).
_____/

　　Pending before the court is a motion to dismiss filed by Defendant City of San Francisco. [Docket No. 26.] In that motion, the City presented arguments for the dismissal of all claims against all Defendants, including the Defendants named in the amended complaint who, at the time the motion was filed, had not yet been served. Plaintiff has subsequently filed proofs of service with the court indicating that those Defendants have been served. [Docket Nos. 53, 54.]

　　Accordingly, counsel for the City shall inform the court by **January 24, 2014** whether (1) counsel for the City will also be representing the other Defendants, and (2) if so, whether those Defendants wish to rest on arguments presented on their behalf by the City in its motion to dismiss, or intend to file a separate motion to dismiss or responsive pleading.

　　IT IS SO ORDERED.

Dated: January 16, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge