UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEON MAROTZ,<br><br>   Plaintiff(s),<br><br> v.<br><br>CITY OF SAN FRANCISCO ET AL,<br><br>   Defendant(s).<br>_____/ | No. C-13-01677 DMR<br><br>**ORDER TAKING MOTIONS TO DISMISS [DOCKET NOS. 58 and 59] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

  The court has received the Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 4(m) [Docket No. 58] and the Motion to Dismiss the First Amended Complaint Under Fed. R. Civ. P. 12(b)(6) [Docket No. 59], and finds that the matters are appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the February 27, 2014 hearing date on the motions is hereby VACATED. The court will issue a written order on the motions.

  IT IS SO ORDERED.

Dated: February 18, 2014

_____
DONNA M. RYU
United States Magistrate Judge