**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEON MAROTZ, | No. C-13-01677 DMR |
| Plaintiff(s), | **ORDER TAKING MOTION TO DISMISS SECOND AMENDED COMPLAINT [DOCKET NO. 92] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| CITY OF SAN FRANCISCO ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendants' motion to dismiss the Second Amended Complaint, Docket No. 92, and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the June 26, 2014 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: June 5, 2014

DONNA M. RYU
United States Magistrate Judge