UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEON MAROTZ, | No. C-13-01677 DMR |
| Plaintiff(s), | **ORDER REQUIRING PLAINTIFF TO FILE APPELLATE MATTERS IN APPELLATE COURT** |
| v. | |
| CITY OF SAN FRANCISCO ET AL, | |
| Defendant(s). | |

On June 17, 2014, this court dismissed the case. [Docket No. 103.] Plaintiff appealed. *See* 9th Cir. Case No. 14-16210. On June 26, 2014, the Ninth Circuit Clerk of the Court issued an order noting that Plaintiff had not paid the docketing and filing fees for his appeal, and requiring Plaintiff to "(1) file a motion with this court to proceed in forma pauperis; (2) pay $505 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute." *See id.* at Docket No. 3-1.

Plaintiff filed an application to proceed in forma pauperis with the undersigned court on June 30, 2014. [Docket No. 107.] This is improper; the document must be filed with the Ninth Circuit, not this court. In this instance, the undersigned will forward Plaintiff's application to the Ninth Circuit and terminate the application in this court. The undersigned notifies Plaintiff that all future filings related to Plaintiff's appeal must be filed with the Ninth Circuit.

IT IS SO ORDERED.

Dated: July 8, 2014

DONNA M. RYU
United States Magistrate Judge